# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Ory Eshel and Linda Coryell Eshel

v.

Commissioner of Internal Revenue Service

**Case No:** 14-1215

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

● Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Ory Eshel

Linda Coryell Eshel

Names of Parties                                                             Names of Parties

### Counsel Information

**Lead Counsel:** Stuart E Horwich

**Direct Phone:** (856) 347-2937   **Fax:** (856) 270-2517   **Email:** seh@horwichlaw.com

**2nd Counsel:**

**Direct Phone:** (   )   -       **Fax:** (   )   -       **Email:**

**3rd Counsel:**

**Direct Phone:** (   )   -       **Fax:** (   )   -       **Email:**

**Firm Name:** Stuart E Horwich

**Firm Address:** 199 N Woodbury Road, Suite 103; Pitman, NJ 08071

**Firm Phone:** (856) 347-2937   **Fax:** (856) 270-2517   **Email:** seh@horwichlaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)