UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT


ORY ESHEL and LINDA CORYELL ESHEL,    )
                                               )

           Appellants                   )
                                               )

           v.                          )            No. 14-1215
                                               )

COMMISSIONER OF INTERNAL REVENUE,    )
                                               )

           Appellee                     )


### STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX


       The parties to this Appeal intend to utilize a Deferred Joint Appendix in this

Appeal.


                                     Respectfully submitted,

                                     Stuart E. Horwich
                                     c/o UK US Tax Services LLP
                                     199 N. Woodbury Road, Suite 103
                                     Pitman, NJ  08071
                                     (856) 347 2937 ext. 105


Date:   November 24, 2014